IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DANIEL BYRD, et al., | : | |
| | : | |
| Plaintiffs, | : | Case No. 1:12-CV-275 |
| | : | |
| vs. | : | JUDGE HERMAN J. WEBER |
| | : | |
| JAS CARRIERS, INC., et al., | : | MAGISTRATE JUDGE BOWMAN |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| WAYNE ANDERSON, et al. | : | |
| | : | |
| Plaintiffs, | : | Case No. 1:12-CV-280 |
| | : | |
| vs. | : | |
| | : | |
| JAS CARRIERS, INC., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

After having reviewed and considered Defendants' Motion to Compel filed on September 19, 2012, and having received no response from Plaintiff Daniel Byrd pursuant to S.D. Ohio Civ. R. 7.2, this Court finds said Motion (Doc. 15) to be well-taken and is herein **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff Daniel Byrd shall provide complete responses to Defendants' Interrogatories and Requests for Production of Documents, within ten (10) days of this Order.

**IT IS FURTHER ORDERED** that Plaintiff Daniel Byrd's failure to fully comply with the terms of this Order, may result in the imposition of sanctions in the amount of

$1,500.00, representing the reasonable expenses and attorney's fees incurred by Defendants in obtaining this Order to Compel.

    **IT IS SO ORDERED.**

                                              *s/Stephanie K. Bowman*
                                              Stephanie K. Bowman
                                              United States Magistrate Judge